# *Michael Faillace & Associates, P.C.*
60 East 42nd Street
Suite 2020
New York, NY 10165

Ph:(212) 317-1200          Fax:(212) 317-1620

Pedro Lopez                                      August 15, 2013

|                | File #: | Traffic |
|----------------|---------|---------|
| Attention:     | Inv #:  | Sample  |

RE: Lopez et al. v. Traffic Bar and Restaurant, Inc., et al.
    12 CV 8111 (AKH)

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Oct-10-12 | Meeting with clients: re intake | 2.30 | 1,035.00 | MF |
| Oct-15-12 | Research on Lexis Nexis. | 1.50 | 675.00 | MF |
| Oct-16-12 | Drafted complaint. | 3.20 | 1,440.00 | MF |
| Nov-05-12 | Telephone call with client s- rrevised complaint. | 1.20 | 540.00 | MF |
| Nov-07-12 | Finalized complaint, filed complaint at SDNY. | 1.90 | 855.00 | MF |
| Feb-01-13 | Drafted default judgment papers. | 0.90 | 360.00 | JA |
| Feb-04-13 | Drafted default judgment motion | 1.80 | 720.00 | JA |
| Feb-21-13 | Reviewed review files, send letters to court to adjourn conference and to defendants, prepare additional service, amended complaint. | 0.75 | 300.00 | JA |
| Mar-04-13 | Drafted amended complaint | 1.30 | 585.00 | MF |
| Mar-06-13 | Finalizing and filed amended complaint. | 1.10 | 495.00 | MF |
| Mar-12-13 | Meeting with client s: intakes and consent forms. | 2.50 | 1,125.00 | MF |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| | Drafted damages chart. | 1.75 | 787.50 | MF |
| May-02-13 | Reviewed, edit default judgment papers | 0.60 | 240.00 | JA |
| May-03-13 | Drafted default judgment Faillace declaration. | 0.70 | 280.00 | JA |
| May-10-13 | Drafted, work on default judgment motion | 1.80 | 720.00 | JA |
| Jun-04-13 | Drafted default judgement. | 2.60 | 910.00 | CF |
| Jun-05-13 | Reviewed - revise default judgment. Review intakes and draft additional client affidavits. | 2.75 | 962.50 | CF |
| Jun-06-13 | Reviewed affidavits and memo of law. Conference with pedro re need to have clients sign affidavits. | 1.90 | 665.00 | CF |
| Jun-27-13 | Reviewed client declarations for default judgment. Revise memo of law. Revise Faillace declarations. Draft notice of motion and proposed form of judgment. revise Traffic damages chart to add defendants in the amended complaint and those who have opted in since | 4.10 | 1,435.00 | CF |
| Jul-08-13 | Reviewed responses in Traffic and conference with M. Faillace re need to get remaining clients to sign affidavits. | 1.50 | 525.00 | CF |
| Aug-14-13 | Reviewed and revise Traffic default judgment motion. Conference with R. Romero about getting signed declaration. Cite check motion. | 1.60 | 560.00 | CF |
| | Totals | 37.75 | $15,215.00 | |

## DISBURSEMENTS

| Date | Description | Amount |
|---|---|---|
| | Filing Fee | 350.00 |
| Jan-15-13 | Process Server | 75.00 |
| | Process Server | 75.00 |
| | Process Server | 75.00 |
| | Process Server | 75.00 |
| Apr-18-13 | Process Server | 75.00 |
| | Process Server | 75.00 |

|  |  |
|---|---|
| Process Server | 75.00 |
| Process Server | 75.00 |
| Process Server | 75.00 |
| Process Server | 75.00 |
| Totals | $1,100.00 |
| **Total Fee & Disbursements** | $16,315.00 |
| **Balance Now Due** | $16,315.00 |

TAX ID Number    20-1211098